UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19mj03075 Becerra

UNITED STATES OF AMERICA

vs.

NICOLAS VASQUEZ VASQUEZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes _x_ No

                    Respectfully submitted,

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

BY: _____
                    SHANE R. BUTLAND
                    ASSISTANT UNITED STATES ATTORNEY
                    Court ID No. A550255
                    99 NE 4th Street
                    Miami, Florida 33132-2111
                    Tel (305) 961-9123
                    Fax (305) 530-7976
                    Shane.Butland@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA BUTLAND          *Illegal Reentry - departing U.S.*

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **FLORIDA**

UNITED STATES OF AMERICA

V.

NICOLAS VASQUEZ VASQUEZ,

**CRIMINAL COMPLAINT**

CASE NUMBER: *1:19mj03075 Becerra*

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 2, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant, NICOLAS VASQUEZ VASQUEZ, having previously been deported from the United States, was found to be in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about July 2, 2019, the defendant, NICOLAS VASQUEZ VASQUEZ, was departing the United States at Miami International Airport aboard American Airlines Flight #2416 to Mexico City, Mexico. The defendant was selected for inspection. During initial inspection, record checks revealed that defendant did not possess a United States visa that would allow him entry into the United States. After conducting numerous database searches, it was determined that NICOLAS VASQUEZ VASQUEZ was an alien and not a citizen of the United States, but was a native and citizen of the Mexico. Computer records further confirmed that NICOLAS VASQUEZ VASQUEZ was previously removed from the United States on July 6, 2014, and July 22, 2014. A search of the records maintained by the United States Citizenship and Immigration Service also disclosed that NICOLAS VASQUEZ VASQUEZ had never sought to apply for permission from the United States Attorney General or him successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) in order to return and apply for admission into the United States after having been removed. The defendant admitted to CBP Officers that he crossed the border illegally and that he had been previously deported.

NARCISO FERNANDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

JULY 3, 2019     at     Miami, Florida
Date                                          City and State

JACQUELINE BECERRA
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer          Signature of Judicial Officer